**No. 10-474. Janet Harrelson, Petitioner v. Steve Swan, et al.**

562 U.S. 1109, 131 S. Ct. 824, 178 L. Ed. 2d 556, 2010 U.S. LEXIS 9652.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 381 Fed. Appx. 336.